RECEIVED
BY: MY
JAN 03 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Bryan Roberts, et al
Full Name of Plaintiff, Prisoner Number

10-CV-1421 Sec: P
Civil Action

Stagg
Judge

VS.

James M. LeBlanc, et al
Defendant

Hornsby
Magistrate Judge

Amended COMPLAINT

I. Previous Lawsuits

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes [ ] No [✓]

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

_______________

_______________

2. Name the parties to the previous lawsuit(s):

Plaintiffs: _______________

Defendants: _______________

3. Docket number(s): _______________

4. Date(s) on which each lawsuit was filed: _______________

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_______________

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ] No [✓]

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

________________________________________

________________________________________

**II. A. Name of institution and address of current place of confinement:**

David Wade Corr. Center 670 Bell Hill Rd. Homer, LA 71040

B. Is there a prison grievance procedure in this institution?

Yes [✓] No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

   Yes [✓] No [ ]

   X If Yes, what is the Administrative Remedy Procedure number? DWCC-10-

2. If you did not file an administrative grievance, explain why you have not done so.

   ________________________________________

   ________________________________________

3. If you filed an administrative grievance, answer the following question.
   What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

   ________________________________________

   ________________________________________

   X Attach a copy of each prison response and/or decision rendered in the administrative proceeding. on file already

**III. Parties to Current Lawsuit:**

A. Name of Plaintiff Bryan Clayton Roberts #391241

Address DWCC / N3-A-1 670 Bell Hill Rd. Homer LA 71040

B. Defendant, James M. LeBlanc, is employed as Secretary of Corr's at DPSC Headquarters.

Defendant, Jerry Goodwin, is employed as Head Warden at David Wade Corr. Center.

Defendant, Brenda Acklin, is employed as Records Manager at David Wade Corr. Center.

Additional defendants Col. Lonnie Nail, Mark Hunter, Ms. Jamie Fussell, Sgt. Robert Davis, Judy Lofton

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.** James M. LeBlanc is Administrator over Warden Jerry Goodin Where both defendants violated Dept. Reg. No. B-04-001, by allowing defendant, Brenda Acklin, Records Manager, to flat time all alleged sex offenders under Act No. 1209. Defendant, James M. LeBlanc, at all Doc State Facilities, after the legislature on August 15, 2006 amended this Act 1209, from: "Serial Sexual Offender Act," to: "List of Sex Offenses Requiring Residence Plan Approval" Prior to Parole Release. Defendant, Col. Lonnie Nail approves Indigent Legalmail Defendant, Mark Hunter approves all Indigent Legal-Copies,

which plaintiffs' legalmail and copies has not reached the Courts, according to the Clerks Docket Entries of ongoing pending Lawsuits, both defendants (Nail) and (Hunter) also hold plaintiff's in Ext/Lck over 9-12 or more months, who have sex offense

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes. (Declaratory, Injunctive, Monetary + Attr. Fees)
Issue Order granting Certification to file Class-Action lawsuit
Issue Order to DOC to transfer Offender Bryan Roberts, to avoid Retaliation
Issue Order for Jury Trial and Compensatory-Exemplary-Punitive (Harassment, Mental Anguish, Annoyance, Anxiety, Dec, Inj, Monetary, and Atty's Fees)

VI. Plaintiff's Declaration

A. **I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this** 20th **day of** December, 2010.

DOC#457183
DOC# 391241
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Gregory Damm
Bryan Clayton Roberts
Signature of Plaintiff

4/06

Street charges, but allows White Offenders with Rule #21's for prison sex offense, go up the walk, after 90 days. Keith Dees #100683 and Shane Womack #489685, both homosexuals; showing partiality, during their hearings in D.B. Court, held by Col. Nail and Jamie Fussell. The Review Board every 90 days is also held by: Col. Nail and Mark Hunter, whom all three, corroborate their efforts to deny, deprive, and interfered with all plaintiffs', similarly situated of making the Review Board, making legal copies, confiscating legal documents, and ongoing pending lawsuits, in other Courts. Plaintiffs', who all have Sex offense Street charges, are all under an illegal Act and 1209, has nothing to do with 1st-Offenders, all being deprived of good time eligibility by: James M. LeBlanc and Brenda Acklin, defendants'.

Warden Jerry Goodwin, defendant, has caused plaintiffs' State claims to be interferred with, prolonged and/or dismissed, after bringing to his attention, his staff members, security officers and employees', but has done nothing, to stop his official's evil, malicious, sadistic evil behavior of purposely allowing plaintiffs' Constitutional Rights'; 1st Amendment, 5th and 14th Amendments.

Several plaintiffs', in this potential Class-Action-1983 have the same claim, pertaining to Act NO. 1209 illegal act and other claims of denying them Review Board, after a continued stay for well over a year on EX/Lck status. Where others are deprived of Access To the Court and Due Process, To Exhaust Remedies + Unlawful confiscation of legal mail, copies, and documents, for legal redress of grievences, and/or Court Orders from the 19th. ~~and~~ Sending mail to local, state, and national representatives or media news stations and Offices of Editors will not be mailed out sealed, and refused as legal privileged mail, verified by the Secretary LeBlancs Attorney, and ~~[illegible]~~ defendant, in DW's Banking Account Department, Judy Lofton, who was informed by Ms. Susan Griffin, that mail to State and local executive offices does not include

elected Senators and Representatives (See, attached letter from Judy Lofton dated, 12/14/2010 Inmate Accounts, Re: Personal Mail and letters from Plaintiffs' to: State Legislatore's Director dated December 10, 2010 Re: "All Extended Lockdown Offenders." A letter to: Asst. Warden, Ray Hanson Chief of Security Re: DWCC-10-0776 complaint about Col. Lonnie Nail, Jamie Fussell, Mark Hunter, both mailroom Sgt's female officers Col. Turners' 1st Step Response to DWCC-10-0776, which this USWD Court has on file in plaintiff, Gregory Damm, who is the Representative of this Class-Action of 28 members, so far. (See, also Letter dated, 12/15/2010, addressed to Ms. Judy Lofton, Inmate Accounts)

(See, Also Attached Exhibits of ARP's and Letters from: Representative, Bryan Clayton Roberts #391241) who states that his 1st Amendment, 5th Amendment, 6th Amendment, and 8th Amendments of Access To The Courts, Due Process, taking of private property, without just compensation when placed on Extended Lockdown (See, Attached Personal Property Inventory Sheet(s) of plaintiffs'). See, additional exhibits attached from Representative Bryan Roberts and Representative Gregory Damm. (More information from Class-Members, will be forthcoming). We are waiting on legal copies at this time and hereby request that an Attorney be appointed to represent this Class-Action Lawsuit as Attorney Fees under 42-USC §1986, has been requested as part of the relief in this potential Class-action, in the event this Court grants ceftification for class-action.

# 31 Class-Action Members 42-U.S.C. § 1983

Rep. Bryan Roberts #391241
Rep. Gregory Damm #457183
Michael Guidry #548097
Donald Brody #491955
Shane Womack #489685
Casey Chesson #516518
Keithon Taylor #508301
Daniel Chaisson #493660
Douglas Fuller #520885
Steven McCallon #463118
Adrian Sims #515398
Jerry Mosley #446001
Jonathan Dagenhart #476338
Herman Mitchell #432677
Jeramy Woods #497135
Randal McMahone #522286

Roy Manasco #420380
Timmothy Schrader #539675
Rock Daicot #463971
Johanna Barnes #479054
William Ryder #442640
Gary Simpson #319967
Shawn Haynes #545196
Norman Wilson #528294
Billy Harper #552035
Darrell Jenkins #561807
Troy Cortney #507123
Terry Grafton #535776
Steven Enterkin #563664
Antonio Williams #454974
Jessie Dixon #423730

"ALL ALLEGED SEX OFFENDERS"

D-9

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**INMATE FUNDS WITHDRAWAL REQUEST**

Mailed: 2-23-2010

received & processed 02-23-10 JgL

| CODE | DRAWING ACCOUNT |
|---|---|
| 73 | ☐ Inmate club — UNITED STATES SENATOR MARY LANDRIEU |
| 74 | ☐ Outside purchase — 858 CONVENTION St |
| | ☐ Family member — BATON ROUGE, LA. 70802 |
| | ☐ Educational courses |
| | ☐ Outside bank savings acct# |
| | ☐ Newspaper ad for clemency / pardon. |
| | ☒ Other: LEGAL MAIL |
| 79 | ☐ Court Cost - Civil action number |
| 94 | ☐ Savings Bond |

1-1oz legal letter to ↑

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court cost - Civil action number |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 68T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| 391241 | ROBERTS BRYAN C | |
| **LIVING QUARTERS** | **DATE OF REQUEST** MO. DAY YEAR | **TOTAL AMOUNT** |
| N4D-9 | 2 / 22 / 2010 | $ .44 |

forty-four cents DOLLARS
WRITTEN AMOUNT

**PAYEE:**

VENDOR NO.

*INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL*

NAME

ADDRESS

CITY STATE ZIP

INMATE SIGNATURE: Bryan Roberts

REQUEST DENIED. REASON:

| RIGHT THUMB PRINT | VERIFIED BY: Randall |
|---|---|
| | TITLE: DeLoach YCT |
| | APPROVED BY: |
| | TITLE: [illegible] |

DOC Form PF-30

10-A

CIB Form Revised 08-2003

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
INMATE FUNDS WITHDRAWAL REQUEST

Mailed: 4-26-2010 received & processed 04-26-10 JGL JB

| CODE | DRAWING ACCOUNT |
|---|---|
| 73 | ☐ Inmate club — Mary Landrieu U.S. Senator, Hale Boggs Federal Building |
| 74 | ☐ Outside purchase — 500 Poydras street |
| | ☐ Family member — Room 1005 |
| | ☐ Educational courses |
| | ☐ Outside bank savings acct# New Orleans, La, 70130 |
| | ☐ Newspaper ad for clemency / pardon. |
| | ☒ Other: Legal Mail |
| 79 | ☐ Court Cost - Civil action number |
| 94 | ☐ Savings Bond |

1-1oz legal letter

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court cost - Civil action number |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 68T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| 391241 | Roberts Bryan C | |
| LIVING QUARTERS | DATE OF REQUEST MO. DAY YEAR | TOTAL AMOUNT |
| NAC-10 | 4 / 22 / 2010 | $ .44 |

forty-four cents C ——— DOLLARS
WRITTEN AMOUNT

**PAYEE:**

VENDOR NO. — *INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL*

NAME

ADDRESS

CITY STATE ZIP

INMATE SIGNATURE: Bryan C. Roberts

REQUEST DENIED. REASON:

RIGHT THUMB PRINT

VERIFIED BY:
TITLE: [signature]

APPROVED BY:
TITLE: [signature]

DOC Form PF-30

10-A

CIB Form Revised 08-2003

Court order c-10 JB

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**INMATE FUNDS WITHDRAWAL REQUEST**

Mailed: 6-9-2010 received & processed 06-08-10 JgL

**CODE — DRAWING ACCOUNT**

David Vitter U.S. Senator
2800 Veterans Blvd suite #201
Metairie, La. 70002

- 73 [ ] Inmate club
- 74 [ ] Outside purchase
  - [ ] Family member
  - [ ] Educational courses
  - [ ] Outside bank savings acct# ______
  - [ ] Newspaper ad for clemency / pardon.
  - [x] Other: Legal Mail
- 79 [ ] Court Cost - Civil action number ______
- 94 [ ] Savings Bond

1-2oz legal letter

**CODE — SAVINGS ACCOUNT**

- 94 [ ] Savings Bond
- 79 [ ] Court cost - Civil action number ______
- 82 [ ] Educational courses

**CODE — TRANSFERS - No check will be produced**

- 68T [ ] Transfer from drawing account to savings.

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| 391241 | Roberts Bryan | |
| **LIVING QUARTERS** | **DATE OF REQUEST** MO. DAY YEAR | **TOTAL AMOUNT** |
| N4C-10 | 6 / 7 / 2010 | $ .61 |

Sixty-one cents DOLLARS
WRITTEN AMOUNT

**PAYEE:**

VENDOR NO. | *INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL*

NAME

ADDRESS

CITY | STATE | ZIP

INMATE SIGNATURE: Bryan Roberts

REQUEST DENIED. REASON:

RIGHT THUMB PRINT

VERIFIED BY: [signature] Hill
TITLE: 592

APPROVED BY: [signature]
TITLE:

DOC Form PF-30

10-A

CIB Form Revised 08-2003

Mailed: 2-20-2010

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**INMATE FUNDS WITHDRAWAL REQUEST**

received & processed 07-19-10 Vgl

| CODE | DRAWING ACCOUNT |
|---|---|
| 73 | ☐ Inmate club — ~~Unit~~ united states senate |
| 74 | ☐ Outside purchase — Mr. David Vitter |
| | ☐ Family member — 2800 Veterans Boulevard |
| | ☐ Educational courses — Suite 201 |
| | ☐ Outside bank savings acct# — Metairie, La. 70002 |
| | ☐ Newspaper ad for clemency / pardon. |
| | ☐ Other: |
| 79 | ☐ Court Cost - Civil action number |
| 94 | ☐ Savings Bond |

1-1oz legal letter

| CODE | ~~SAVINGS ACCOUNT~~ |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court cost - Civil action number |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 68T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| 391241 | Roberts Bryan | |
| **LIVING QUARTERS** | **DATE OF REQUEST** (MO. DAY YEAR) | **TOTAL AMOUNT** |
| N4C 10 | 7, 15, 2010 | $ .44 |

~~four~~ forty-four cents DOLLARS
WRITTEN AMOUNT

**PAYEE:**

VENDOR NO.

*INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL*

NAME

ADDRESS

CITY STATE ZIP

INMATE SIGNATURE: Bryan Roberts

REQUEST DENIED. REASON:

RIGHT THUMB PRINT



VERIFIED BY:

TITLE: [illegible signature]

APPROVED BY:

TITLE: [illegible signature]

DOC Form PF-30



CIB Form Revised 08-2003

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
David Wade Correctional Center

To: Bryan C. Roberts 391241 N4C

From: Jerry Goodwin
Warden

Date: July 15, 2010

Re: Letter to Senator David Vitter

Your recent correspondence to Senator David Vitter dated June 7, 2010 was forwarded to me for review. You are not eligible for transfer at this time.

JG/blm

Cc: Offenders File

670 Bell Hill Road, Homer, Louisiana 71040 • (318) 927-0400 • Fax (318) 927-0433
www.doc.la.gov
An Equal Opportunity Employer

BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
David Wade Correctional Center

| | | | |
|---|---|---|---|
| To: | Bryan Roberts | 391241 | N4C |
| From: | Jerry Goodwin<br>Warden | | |
| Date: | 13Aug10 | | |
| Re: | Letter to Senator David Vitter | | |

Your recent letter to Senator Vitter has been referred to me for review as I need more information from you in regards to your concerns; I plan to meet with you in the near future to discuss your concerns.

Cc: Offenders File

670 Bell Hill Road, Homer, Louisiana 71040 • (318) 927-0400 • Fax (318) 927-0433
www.doc.la.gov
An Equal Opportunity Employer

Mailed: 24 Aug 2010

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
INMATE FUNDS WITHDRAWAL REQUEST

C-10

received & processed 08-24-10 Jal

| CODE | DRAWING ACCOUNT |
|---|---|
| 73 | ☐ Inmate club — United States Senate |
| | David Vitter |
| 74 | ☐ Outside purchase — 2800 Veterans Boulevard |
| | ☐ Family member |
| | ☐ Educational courses — Suite 201 |
| | ☐ Outside bank savings acct# — Metairie, La 70002 |
| | ☐ Newspaper ad for clemency / pardon. |
| | ☑ Other: Legal Mail |
| 79 | ☐ Court Cost - Civil action number ____ |
| 94 | ☐ Savings Bond |

1-1oz legal letter

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court cost - Civil action number ____ |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 68T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| 391241 | Roberts Bryan C. | |
| **LIVING QUARTERS** | **DATE OF REQUEST** (MO. DAY YEAR) | **TOTAL AMOUNT** |
| N4C-10 | 8 / 23 / 2010 | $ .44 |

forty-four cents — DOLLARS

WRITTEN AMOUNT

**PAYEE:**

VENDOR NO. | *INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL*

NAME

ADDRESS

CITY STATE ZIP

INMATE SIGNATURE: Bryan Clayton Roberts

REQUEST DENIED. REASON:

RIGHT THUMB PRINT

VERIFIED BY: [signature]

TITLE: C

APPROVED BY: [signature]

TITLE:

Mailed: 9-2-2010

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**INMATE FUNDS WITHDRAWAL REQUEST**

C-10 TOW

received & processed 09-01-10 JgL

| CODE | DRAWING ACCOUNT |
|---|---|
| 73 | ☐ Inmate club — David Vitter U.S. Senate, 2800 Veterans Boulevard, Suite 201, Metairie, La. 70002 |
| 74 | ☐ Outside purchase |
| | ☐ Family member |
| | ☐ Educational courses |
| | ☐ Outside bank savings acct# ______ |
| | ☐ Newspaper ad for clemency / pardon. |
| | ☑ Other: Legal Mail |
| 79 | ☐ Court Cost - Civil action number ______ |
| 94 | ☐ Savings Bond |

1-2oz legal letter to →

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court cost - Civil action number ______ |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 68T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| 391241 | Roberts Brian C. | |
| **LIVING QUARTERS** | **DATE OF REQUEST** MO. / DAY / YEAR | **TOTAL AMOUNT** |
| N4C-10 | 8 / 30 / 2010 | $ .61 |

Sixty-one cents ———— DOLLARS
WRITTEN AMOUNT

**PAYEE:**

| VENDOR NO. | *INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL* |
|---|---|

NAME

ADDRESS

CITY STATE ZIP

INMATE SIGNATURE: Brian Clayton Roberts

REQUEST DENIED, REASON:

| RIGHT THUMB PRINT | VERIFIED BY: Erik Sandor |
|---|---|
|  | TITLE: Sgt. |
| | APPROVED BY: |
| | TITLE: [signature] |

DOC Form PF-30

10-A

CIB Form Revised 06-2003

ORIGINAL COPY

DWCC Form: 135 ARP-1

**ADMINSTRATIVE REMEDY PROCEDURE**

**THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY**

MR. Bryan Clayton Roberts 391241
Inmate's Name DOC #

oct 10-14-2010
Date of Incident/Complaint

N4 unit C-Tier cell #10 10:00 pm
Place and Time of Incident/Complaint

Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW)

on the above date and approximate time, I offender Bryan Clayton Roberts # 391241 was on a court order in Caddo parish District Court. on Sept. 27, 2010 and came back from Caddo Correctional Center oct 14, 2010. upon my return from Caddo Correctional Center I was bring back to N4C-Tier cell # 10 on Ext lockdown I asked SGT. Micheal Davis for my Mail that was put up while I was gone. upon SGT. Davis bringing my Mail I observed my Mail (1) letter from son's Mother "Gail Jones" open and I

Bryan C. Roberts 391241
Inmate's Signature DOC #

10-25-2010
Date

TO: ______________________
Inmate's Name and DOC #

see Attachment page

( ) ACCEPTED: Please respond to the inmate within 40 days.

( ) REJECTED: Your request has been rejected for the following reason:

______________________

Date ______________________ ARP Screening Officer

# Attachment page

also Had two other letters that was not open. under Federal Violation of the Federal Mail Being tampered with after the Mail Room Has checked my Mail and placed a tape over it and send it to my location. I am still puzzled to Know "why" my son's mothers mail was reopened after it was in N4 Key while I was at Caddo Court order them 18 days. David wade officials Violated my First 1st Amendment Constitutional Rights and my privilege Right by Reading my Mail. this is Official Misconduct and Corrupt practices that David wade authorities Violate, and also Malpractice. I should be Givin the same fairness, opportunity, and privilege as other offenders Here at David Wade Correctional Center. AGAin I Have mailed out a letter to my son's Mother on oct 15, 2010. I do Beleive that my mail Has not went out. I Get a letter from my son's mother once aweek. I would like to be shown the proof that Her letter was Mailed To Bossier Sheriff's office Jail. Due to the fact that David Wade is retaliation against me due to an Simple Escape from Forcht Wade.

Releif Desire: That there be an investigation be placed on David Wade for Violating my First 1st. Amendment Right Due to my mail Being Tampered with. By this not done in a appropriate manner I will be ~~AM~~ Filing a 1983 Civil Lawsuit into the Federal Court and Let them Know my Mail and Legal Mail is Being Tampered with By David Wade officials.

Sincerely

Brian Clayton Roberts
C/C

True + Correct
B.R.

Filed + Mailed 10-25-2010

STATE OF LOUISIANA
DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER
670 BELL HILL ROAD, HOMER, LA 71040
TELEPHONE: 318-927-0400
FAX: 318-927-0433

**JAMES LEBLANC**
**SECRETARY**

**JERRY GOODWIN**
**WARDEN**

## MEMORANDUM

**DATE:** 11/19/2010

**TO:** INMATE Bryan Clayton Roberts
DOC 391241 N4C

**FROM:** JUDY LOFTON
INMATE ACCOUNTS

**RE:** PERSONAL MAIL

According to Department Regulation No. C-02-009 and Attorney Susan Wall Griffin , the letters you submitted with draw slips addressed to Senator Mary Landrieu, State Senator Sherri Cheek and State Representative Carmody Thomas do not qualify as legal mail. Attorney Griffin told me that 4) state and local executive officers does not include elected senators and representatives. I am returning these letters to you so you can get postage from the canteen to mail them.

I have also enclosed a copy of the part of C-02-009 that lists what qualifies as legal mail.

E. Privileged correspondence-mail to or from:

1) Identifiable courts;

2) Identifiable prosecuting attorneys;

3) Identifiable Probation and Parole Officers, Parole Board and Pardon Board;

4) State and local executive officers;

5) Identifiable attorneys;

6) Secretary, Deputy Secretary, Chief of Staff, Undersecretary, Assistant Secretary, other officials and administrators of grievance systems of the Department;

7) Local, state, or federal law enforcement agencies and officials.

ORIGINAL COPY

Duke Term: 135

ARP-1

Administrative Remedy Procedure

This is A Request for Administrative Remedy

Bryan Clayton Roberts #391241 — Inmate's name, Doc #

November, 20-2010 — Date of Incident/Complaint

NHC unit around 8:00 to 8:45pm — Place and Time of Incident/Complaint

"EMERGENCY ARP"

Describe Nature of Complaint (i.e.) Who, What, When, Where, and How.)

On the above Date and approximate time, I offender Bryan Clayton Roberts #391241 was siting in His cell around or about the above time when SGT. Davis, who Brung me some Legal Mail which was sent back to saying that Senator Mary Landrieu, state Senator Sherri Cheeks, and State Representative Cosmody Thomas do not Qualify as Legal Mail. in which is Legal Mail and I would like to Know why my First 1st Amendment Right to Legal Mail Being Violated. which offender does Have proof that this office Has sent out my Legal Mail to the

Bryan C. Roberts #391241 — Inmate's Signature, Doc #

November, 22-2010 — Date

See Attachment page..

______ Inmate's name and Doc #

( ) Accepted: Please respond to the inmate within 40 days:

( ) rejected: This Request has been rejected for the following Reason:

______

______

______

______ Date

______ ARP Screening Officer

Attachment Sheet.

following people which are: (1) U.S. Senator Mary Landrieu Dated: April 22, 2010. and February 22, 2010. (2) State Repersentitive Barbara Norton Dated: June 7, 2010. (3) U.S. Senator David Vitter Dated: June 7, 2010. July 15, 2010. August 23, 2010. August 30, 2010. which offender Does show proof that their was the same Legal Mail Being Mailed from this institution (DWCC) that the offender Has mailed to U.S. Senator's and State Repersentitive's and DWCC officials allowed them to be mailed out. and they was classified as Legal Mail. so what is the problem now! the following officials are Violating My Constitutional 1st Amendment; 8th Amendment; and 14th Amendment Due process Right to my Legal Mail Being Mailed out. these officials are Warden Jerry Goodwin; Warden Ray Hanson; L.T. Colonel Turner; and Judy Lofton. offender Roberts Believe's that the only reason David Wade Correctional officials are Violating His First (1st) Amendment Right cause they can not see what is in the forgoing envelopes to the Addressess. which makes them very suspicious concerning my Legal Matter. this is a Unconstitutional Violation. and should be Handle immediately in Accordance with Federal Law.

Relief Desire: that My forgoing Legal Mail Be Mailed out in Accordance with federal Law and that David Wade Correctional Center pay for Damage's of $25.000.00 Thousand Dollars for Mental Anguish: Suffering, pain, Torment, Torture, Misery Disturb, Distress. and would also like to put charges against DWCC for official Misconduct; and Corrupt Practices and ~~Federa~~ Federal charges...

Sincerely

True & Correct

Bryan Clayton Roberts

C/C

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**INMATE FUNDS WITHDRAWAL REQUEST**

| CODE | DRAWING ACCOUNT |
|---|---|
| 73 | ☐ Inmate club |
| 74 | ☐ Outside purchase |
| | ☐ Family member |
| | ☐ Educational courses |
| | ☐ Outside bank savings acct# ____ |
| | ☐ Newspaper ad for clemency / pardon. |
| | ☑ Other: 1 copy of (3) case each. |
| 79 | ☐ Court Cost - Civil action number ____ |
| 94 | ☐ Savings Bond |

need (1) copy of each case. (3) cases need inside need back early this week got deadline on Dec 12, 2010

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court cost - Civil action number ____ |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 88T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| 391241 | Roberts Bryan C | |
| **LIVING QUARTERS** | **DATE OF REQUEST** MO. DAY YEAR | **TOTAL AMOUNT** |
| N4C-10 | 11 / 29 / 2010 | $ 2 00/xx |

Two dollars + 00/100 — DOLLARS
WRITTEN AMOUNT

**PAYEE:**

| VENDOR NO. | *INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL* |
|---|---|

NAME

ADDRESS

CITY STATE ZIP

INMATE SIGNATURE: Bryan Roberts

REQUEST DENIED. REASON:

| RIGHT THUMB PRINT | VERIFIED BY: [signature] |
|---|---|
| | TITLE: C/Sgt. Demarcus Shelton |
| | APPROVED BY: [signature] |
| | TITLE: |

DOC Form PF-30 10-A CIB Form Revised 08-2003

[signature]

DWCC Form: 135

ARP-1

Administrative Remedy Procedure

This is A Request For Administrative Remedy

Mr. Bruno Clayton Roberts #391241 — inmate's name — DOC#

November 29, 2010 — Date of incident/complaint

NAC-cell #10 6:30 am — place and time of incident/complaint

Emergency ARP.

Describe Nature of Complaint (ie WHO, WHAT, WHEN, WHERE, and How)

on the above Date and approximate time. I offender Bruno Clayton Roberts #391241 Has mailed out copies of His Judgements from the second circuit court of Appeals, 1st Judicial District Court Caddo parish I told offender counsel Tony Evans that my Deadline date is December 12-12-2010 and He stated He is aware of that now Due to the He knew my Deadline date He Brung my case to me on November 26, 2010 that put me Having to send out my papers that I need copied and it prolongs my Deadline date. Due to the fact that I

Bruno Clayton Roberts 391241 — inmate's signature — DOC#

December 12-05-2010 — Date

TO: ______________________ — inmate's name and DOC#

See Attachment page's

( ) Accepted: Please respond to the inmate within 40 days:

( ) Rejected: Your Request Has been Rejected for the following reasons:

Date — Screening officer

Have told officials and they contacted classification officer Mark Hunte and He came to see me concerning about Legal Criminal case that around my Due Deadline date. Classification officer Mark Hunter tol me that He would see to it that I Get my paper work so I may b able to mail out before my Deadline. Mr. Hunter did not do what h said he would do. now I mailed the Judgements out November 2 2010. and Counsel Tony Evans came down to N4C-tier to pass ou Legal supply's and He did not Have my paperwork that was on Sunday December 12-05-2010. THEREFORE; He said that he di not Know where it was and that He would look. and see. WHERE FORE; Mr. Mark Hunter and Counsel Tony Evans along with t Administration ET; AL is also behind offender's of their 1st Am endment Right to Denied Access to the courts. in Bounds v. Smith, 430 U.S. 817, 821 (1977) (prisoners retain right of access to courts. overruled on other Grounds by Lewis v. Casey, 518 U.S. 343, 354 (1996) Zimmerman v. Tribble, 226 F.3d 568, 572 (7th cir 2000) (Right of acces claim stated because prisoner alleged denial of access to the Law Lib-rary in Retaliation for filing Grievances. Housley v. Dodson, 41 F.3d 597, 598-99 (10th cir 1994) (Right of access claim stated because inm alleged denial of access to all legal resources during 6-month con finement. The Eighth Amendments ban on Cruel and unusual puni ment. see Lewis v. Casey, 518 U.S. 343, 349 (1996) (constitutional vi lation shown only when failure to provide Legal assistance or librar cause actual injury to prisoner's contemplated or existing litigatio The Constitution guarantees prisoners the right of meaningful access to the courts. The Supreme Court has held that the Right of access imposes an affirmative duty on prison officials to Help inmates prepare and file legal papers, either by establishing an adequate Law Library or by providing adequate assistance fr person's trained in the Law. I should be entitled to the Equ Access to Justice Act. 28 U.S.C. § 2412 (d) Allah v. Seiverling, 22 F.3d 220, 225 (3d cir 2000) (Right of access claim stated because prisoner's retaliatory confinement resulted in inadequate access to Legal research materials and assistance. THEREFORE; the

offender suffering from Mental Anguish, suffering, pain, Agony, Torment, Torture, misery, Grief, distress, anxiety, disturb, upset, affect, trouble. I am Going through so much pain Hurt and that my Constitutional Right was Violated and my 1st Amendment Access to the courts were Violated too WHEREFORE; David wade Correctional Center is in Violation and now my Criminal post-Conviction Relief into the federal Court. THEREFORE; I ask for an immediate Geographical Transfer. By this not done I will be filing an Civil Complaint §1983.

Relief Desire: That warden of institution Give me a immediate Geographical Transfer and that my Legal mail be mailed out on time and that Warden find out where my Judgement papers are and he has counsel send them to me as soon as possible. I Have to mail that out with my post-Conviction Relief.

The names I told To:

Major. Tofin.
Col. Lonnie nail.
capt. Benson.
SGT. Kevin Kidd.
Class. Mark Hunter.
Class Jamie fussell.
Counsel Tony Evans.

Sincerely

Bryan Clayton Roberts #391241
Bryan Clayton Roberts #391241
C/C

(Warden) Jerry Goodwin December 12-2-2010

Dear Goodwin;

I am writting this letter to you about one (1) Major Concern I am Having with my Legal issue. I am Having very serious problems at David Wade Correctional Center 670 Bell Hill Road, Homer Louisiana 71040. I've talked to you about this same Concern about inmate Counsel Tony Evans and my Criminal Legal Mail filing into the federal Court. Which under the 1st Amendment Right Access to the Courts. (Rule under Filing Deadlines) Section 2255 Motion Generally must be filed within one year of the Date on which the Judgement of Conviction became final. Which was December 12th 2009. Motions made after the one year period will typically not be Heard. In the Bounds Vs. Smith, 430 U.S. 817, 821 (1977) (prisoners Retain Right of Access to Courts). overruled on other Grounds by Lewis Vs. Casey, 518 U.S. 343, 354 (1996) In Lee Vs. Washington, 390 U.S. 333, 333-34 (1968) (per Curiam) (prisoners Retain right to Equal protection of Laws. Bounds Vs. Smith, 430 U.S. 817, 824, 828 (1977) (prisoners have fundamental Constitutional right to adequate, Effective, and meaningful Access to Courts to challenge Violations of Constitutional rights. Wherefore; the Administration ET; AL David Wade Correctional Center is Violation of Constitution 1st Amendment (Right of Access to Courts. 8th Amendment Cruel and unusual punishment. In Housley Vs. Dodson, 41 F.3d 597, 598-99 (10th cir 1994) (Right of Access claim stated because inmate alleged denial of Access to all Legal Resources during 6 month Confinement) WHEREFORE; offender Roberts shows a pattern of Retaliation due to the fact I talked to SGT. Kevin Kidd; Capt Benson; Major Tofin; the South Classification officer Mark Hunter and Col. Lonnie Nail. and I Explained to them Wednesday December 12-1-2010 and again on Thursday December 12-2-2010. I've talked to Col. Lonnie Nail on Tuesday November 11-30-2010. Which I told Him that I Had sent my Criminal paper work to Classification Mark Hunter Due that Mr. Hunter was not Here on Wednesday December 12-1-2010. I Had to wait until Thursday December 12-2-2010. Inmate Tony Evans Has my case's that need to be copied and sent Back to be mailed out with my post-Conviction Relief. I am on a Deadline Date of Sunday December 12-12-2010 Which will make one year since my last Judgment. of December 12-12-2009. Warden Goodwin this is a Violation against David Wade Administration ET; AL. I've told all the officials that I have a Deadline and nothing was done.

I told inmate Tony Evans for over 8 months that he needs to Get my paperwork so I can mail it out on time. Inmate Tony Evans Had Knowledge of my Deadline date. Due to this repeated pattern of Violations David unde Has caused. In Rights of Access to courts, the Constitution guarantees prisoners the Right of meaningful Access to the Courts. the supreme Court Has held that the Right of Access imposes an affirmative duty on prison officials to help Inmates prepare and file Legal papers, either by establishing an adequate Law Library. or by providing adequate assistance from persons trained in the Law. In Lewis Vs. Casey, 518 U.S. 343, 349 (1996) (Constitutional Violation shown only when failure to provide Legal assistance or Library cause actual injury to prisoners Contemplated or Existing litigation. I understand that I placed myself into extended Lockdown and still should be entitled to adequate Legal assistance to file my federal post-Conviction relief. I Have told tony Evans over and over about my due Deadline date. due to that if I mail my Legal case out Monday December 12-6-2010 it will not be mailed out until at no later then Thursday December 12-9-2010 and that would put me past my Deadline. I do not want my case to be over my Deadline Cause that was How my last case was to the supreme Court. I am in need of your Help to Help Get my case out before Wedensday December 8th 2010. this is my last step in court. THEREFORE: I am now asking for my Transfer. We need to speck as soon as possible.

Sincerely

Bryan Clayton Roberts #391241

Bryan Clayton Roberts #391241

TO: MR. David Vitter

December 12-6-2010

Dear Mr. Vitter;

I am writting to you with Concern's about my 1st Amendment Denied Acess to the Courts. This is a Criminal post-Conviction Relief that go's into the Federal Court. David Wade Correctional Center Administration ET. AL Warden over the institution Jerry Goodwin. this officials are denying me to mail out my Legal mail and my deadline date is Due December 12-12-20 the Classification officer Mark Hunter and ~~counsle~~ counsel imate Tony Evans are playing with my Legal mail as well bu not knowing where my Judgement of my Criminal case that I send to them for copies made so it Go's with my post-Conviction ~~Relife~~ Relief. this Violates the Federal Law to deny me my Constitution Right to deny me my Access to courts when I have a deadline date due and these officials new last week. I ask that you "now" step in and take immediate attention in this matter. I am also sending you some paper work that David Wade Denied me to mail my Legal mail out to state senator and state Representative. these are the names: Mary Landrieu, Sherri Smith cheeks, and Carmody Thomas. my Constitutional Rights are still Getting Violated. this is wrong. this is my Freedom I am Fighting for. what more can I do. I ask that you step in and Have me transfered away from David wade. also let the Surveillance Camera show that these officials are denying me the thum printer to send out my Legal Mail. this is a Violation of 8th Amendment Cruel and unusual punishment. I ask that you have me Transfered to another institution. to many Violation at David wade and they Getting away with it. I'm trying not to buck on these people behind my Freedom. <u>so please step in.</u>

let me Know when you receive this letter.

Sincerely

Bryan Clayton Roberts

N3 [initials]

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**INMATE FUNDS WITHDRAWAL REQUEST**

Mailed: 12-9-2010 received & processed 12-09-10 Jac

| CODE | DRAWING ACCOUNT |
|---|---|
| | Robert H. Shemwell JR. CLERK United States District Court Western District of Louisiana 300 Fannin st. 1167 U.S. Courthouse building |
| 73 | ☐ Inmate club |
| 74 | ☐ Outside purchase |
| | ☐ Family member |
| | ☐ Educational courses |
| | ☐ Outside bank savings acct# Shreveport, La. 71[illegible]-3083 |
| | ☐ Newspaper ad for clemency / pardon. |
| | ☑ Other: EMERGENCY DUE Deadline date of December 12-12-2010 need to be mailed out before wens ~~[illegible]~~ this week. |
| 79 | ☐ Court Cost - Civil action number ______ |
| 94 | ☐ Savings Bond EMERGENCY Deadline Date 12-12-2010 |
| | 1-7oz large legal envelope |

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☐ Court cost - Civil action number ______ |
| 82 | ☐ Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 68T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL | |
|---|---|---|
| 391241 | Roberts Bryan C | |
| **LIVING QUARTERS** | **DATE OF REQUEST** MO. DAY YEAR | **TOTAL AMOUNT** |
| NAC-10 | 12 6 2010 | $ 1.90/ |

One dollar & 90/100 ______ DOLLARS
WRITTEN AMOUNT

**PAYEE:**

VENDOR NO.

*INMATE MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL*

NAME

ADDRESS

CITY STATE ZIP

INMATE SIGNATURE: Bryan Clayton Roberts

REQUEST DENIED. REASON:

RIGHT THUMB PRINT



VERIFIED BY:

TITLE: Sgt Kidd

APPROVED BY:

TITLE:

Exhibit "A"

**FROM THE DESK OF SALLY GRYDER**
**DWCC RECORDS OFFICE**



DATE: August 17, 2010

TO: SHANE WOMACK #489685 N4D

RE: ACT 649 AND PED

You are not eligible for Act 649 because sex offenses and violent crimes are not eligible. You do not have a crime of violence, yours is a sex offense.

As for your parole eligibility date, you must serve 1/3 of your sentence before becoming eligible, which was 11.15.2007. You had a parole hearing in October 2007 and were denied.

SG

Exhibit "B"

## FROM THE DESK OF SALLY GRYDER
## DWCC RECORDS OFFICE



DATE: August 19, 2010

TO: SHANE WOMACK #489685 N4D 13

RE: ACT 1209

Act 1209 applies to sex offenses committed on or after August 15, 1999. An offender does not earn good time under this act.

The act an offender is sentenced under has no bearing on parole eligibility. That is determined by offender class, statute under which the crime was committed and the courts.

SG

Gregory Dann, et al
DOC# 457183 / N3-A-13
D.W.C.C. 670 Bell Hill Rd.
Homer, LA 71040-2150

US POSTAGE
$ 01.73
Mailed From 71040
12/30/2010
031A 0005180302

X-RAY

Robert H. Shemwell
U.S. Clerk
300 Fannin St. Ste# 1167
Shreveport, LA 71101-3083

"Legal Mail"

RECEIVED
BY
JAN 03 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA